IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| ROBERT RALPH DIPIETRO, | * |
| Plaintiff, | * |
| vs. | * |
| JAMES F. BARRON, *et al.*, | *    CASE NO. 4:18-CV-179 (CDL) |
| Defendants. | * |

O R D E R

After a de novo review of the record in this case, the thorough and exhaustive Report and Recommendation filed by the United States Magistrate Judge on July 22, 2021 is hereby approved, adopted, and made the Order of the Court. The Court considered Plaintiff's objections to the Report and Recommendation and finds that they lack merit.

With this order, all of Plaintiff's claims have now been decided, and the Clerk shall enter final judgment in favor of Defendants.

IT IS SO ORDERED, this 29th day of September, 2021.

                                                  S/Clay D. Land
                                                  CLAY D. LAND
                                                  U.S. DISTRICT COURT JUDGE
                                                  MIDDLE DISTRICT OF GEORGIA